Jorge Alberto MELGAR, Petitioner

v.

Michael B. MUKASEY, U.S. Attorney General, Respondent.

No. 05–60690

Summary Calendar.

United States Court of Appeals, Fifth Circuit.

Sept. 30, 2008.

---

Lawrence Erik Rushton, Bellaire, TX, for Petitioner.

Thomas Ward Hussey, Director, U.S. Department of Justice, Office of Immigration Litigation, Washington, DC, Kevin Charles Aiman, U.S. Attorney's Office, Southern District of Texas, Sharon A. Hudson, U.S. Citizenship & Immigration Services, Houston, TX, Trey Lund, U.S. Immigration and Customs Enforcement, Carl Perry, Field Office Director, New Orleans, LA, for Respondent.

Michael B. Mukasey, U.S. Department of Justice, Washington, DC, pro se.

Before DAVIS, GARZA, and PRADO, Circuit Judges.

PER CURIAM: *

Jorge Alberto Melgar appeals a Board of Immigration Appeals (BIA) decision finding him ineligible to apply for relief under former § 212(c) of the Immigration and Nationality Act (INA), former 8 U.S.C. § 1182(c). Melgar conceded that his conviction for indecency with a child rendered him deportable on two grounds, for his having committed a crime involving moral turpitude and for his having committed an aggravated felony. *See* 8 U.S.C. § 1227(a)(2)(A)(i), (iii).

Melgar's challenges to the BIA's determination are foreclosed by our decisions in *Vo v. Gonzales,* 482 F.3d 363, 367–68 (5th Cir.2007), and *Avilez–Granados v. Gonzales,* 481 F.3d 869, 872 (5th Cir.2007). His petition for review is thus DENIED in part. The BIA had authority to issue an order of removal; however, Melgar should be granted an opportunity to apply for an adjustment of status before the Immigration Judge, as he reasonably relied on the Immigration Judge's grant of § 212(c) relief. *See Avilez–Granados,* 481 F.3d at 872–73. The petition is thus GRANTED in part and the case is REMANDED for further proceedings.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.